**LAW OFFICES OF RAHUL WANCHOO**

APR 14 2008

U.S. DISTRICT JUDGE
S.D.N.Y.

Law Offices of Rahul Wanchoo
357 Westfield Avenue
Ridgewood, New Jersey 07450

Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Telephone: (646) 593-8866
Facsimile: (212) 618-0213
E-Mail: rwanchoo@wanchoolaw.com
Web site: www.wanchoolaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

April 14, 2008

**Via Facsimile (212) 805-7901 (3 pages)**
Hon. Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

Re: **Nikamar Shipping Ltd. v. Bulk Alpe Shipping Ltd. and Alianca Ltd.
08 Civ. 01996 (HB)**

Dear Hon. Judge Baer:

We represent the Plaintiff, Nikamar Shipping Ltd., in the above referenced lawsuit. As per the letter received from your Honor's chambers dated March 11, 2008, an initial pretrial conference has been scheduled in this case on Thursday, April 17, 2008 at 3:30 p.m.

On February 28, 2008 your Honor issued an Ex Parte Order for the issuance of a process of maritime attachment and garnishment against the property of the Defendants in an amount of $281,605.00. Plaintiff has served the process of maritime attachment along with the Court's Order on various garnishees. To date, Plaintiff has restrained Defendants' property at Deutsche Bank in the amount of $224,932.78. Defendants were notified of this attachment pursuant to Local Admiralty Rule B.2. However, Defendants have not filed an appearance in this action. Please find attached a current copy of the docket report for the case.

In the circumstances, we respectfully request that the April 17, 2008 conference be adjourned. We very much appreciate the Court's consideration of this request.

Respectfully submitted,

LAW OFFICES OF RAHUL WANCHOO

Rahul Wanchoo (RW-8725)

Attachment

[Handwritten note from judge: The notice of the PTC was sent - you by mistake - don't think about it.

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 4/16/08]

Endorsement:

    The notice of the PTC was sent to you by mistake - don't even think about it.